Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **James L. Isreal**
**Cassandra M. Isreal**

Debtor(s)

Case No.: 12-29307
Judge: RTL
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☐ Modified/Notice Required
☑ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: 12/20/16

**THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.**

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The Debtor shall pay to the Chapter 13 Trustee, starting on September 1, 2012 the sum of $458.38 for approximately 8 months and starting on May 1, 2013 the sum of $564.00 for approximately 52 months.<br><br>b. The Debtor shall make plan payments to the Trustee from the following sources:<br>☑ Future Earnings<br>☐ Other sources of funding (describe source, amount and date when funds are available): |

1

c.  Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Georgette Miller, Esq. | Supplemental Attorney Fees | 400.00 |
| **Georgette Miller, Esq** | **Attorney Fees** | **2,931.00** |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Green Tree Servicing** | **7 Poppy Turn, Willingboro NJ 08046** | 6875.20 | | 6875.20 | Pursuant to loan documents |

b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated

2

as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Wfds/ Wds | 2004 Infiniti QX5 (112,000 miles) Location: 7 Poppy Turn, Willingboro NJ 08046 | 18,525.00 | 15,246.00 | None | 15,246.00 | 5.00 | 17,521.01 |
| **Wells Fargo Bank, NA** | Location: 7 Poppy Turn, Willingboro NJ 08046 | 43,266.18 | 150,000.00 | 175,028.42 | No Value | N/A | 0.00 |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

   **c.  Surrender**
   Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Specialized Loan Servicing LLC | 245 Wimont Avenue, Camden NJ | 55,000.00 | 5,529.00 |
| **Captial One, NA** | **Goods** | 1221.71 | 537.29 |

   **d.  Secured Claims Unaffected by the Plan**

   The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

**e.  Secured Claims to be paid in full through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

**Part 5:  Unsecured Claims**

   a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:
   ____        Not less than $____ to be distributed *pro rata*

   ____        Not less than ___ percent

   __X__        *Pro Rata* distribution from any remaining funds

   b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

3

### Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Wells Fargo Bank Nv Na** | **7 Poppy Turn, Willingboro NJ** | **43,266.18** |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **Wfds/Wds** | 2004 Infiniti QX5 (112,000 miles) Location: 7 Poppy Turn, Willingboro NJ 08046 | 15,246.00 | 3,279.00 |

### Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

4

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Updated the form of plan filed on 12/15/16** | **Updated the form of plan filed on 12/15/16** |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date   **December 20, 2016**   /s/ **Georgette Miller, Esq**
**Georgette Miller, Esq**
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **December 20, 2016**   /s/ **James L Isreal**
**test 3 3**
Debtor

Date:   _____   /s/ **Cassandra M. Isreal**
Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-29307-CMG
James L Isreal                                                          Chapter 13
Cassandra M Isreal
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin                 Page 1 of 3           Date Rcvd: Dec 21, 2016
                              Form ID: pdf901             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db/jdb         +James L Isreal,    Cassandra M Isreal,    7 Poppy Turn,    Willingboro, NJ 08046-2718
cr              ECAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
cr             +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,   Addison, TX 75001-9013
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Road,
                 Winterville, NC 28590-8872
513256054      +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
513256063     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Fia Csna,     Po Box 982238,    El Paso, TX 79998)
513256055      +Bank Of America, N.A.,    450 American St,   Simi Valley, CA 93065-6285
513256056      +Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
513256068     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home depot credit services,     PO BOX 182676,
                 Columbus, OH 43218-2676)
513256057      +Cap1/Bstby,    Po Box 5253,   Carol Stream, IL 60197-5253
513256058      +Comcast of Burlington,    21 Beverly Rancocas Rd,   Willingboro, NJ 08046-2532
513256059      +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
513256060       Credit First N.A.,    PO BOX 81344,   Cleveland, OH 44188-0344
513381524      +Credit First NA,    Po Box 818011,   Cleveland, OH 44181-8011
513278191      +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
513279784      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
513256061      +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,   Scottsdale, AZ 85250-2630
513320279       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,    Greensboro, NC 27410
513256062       FIA Card Services,    PO Box 15019,   Wilmington, DE 19886-5019
515833461       Green Tree Servicing LLC,    345 St. Peter Street,   1100 Landmark Towers,    St. Paul, MN 55102
513256069       HSBC Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
513256070       Interval International,    PO BOX 432170,   Miami, FL 33243-2170
513256071       Macys,    PO BOX 183084,   Columbus, OH 43218-3084
513256072      +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
513256073     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063)
513272265       Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
514469639      +Specialized Loan Servicing LLC,    Bankruptcy Dept,   8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514469640      +Specialized Loan Servicing LLC,    Bankruptcy Dept,   8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Dept 80129-2386
513256076       Target National Bank,    c/o Target Credit Services,    PO Box 660170,    Dallas, TX  75266-0170
513256077      +Target Nb,    Po Box 673,   Minneapolis, MN 55440-0673
513256078      +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
513493119      +The Bank of New York Mellon fka,    The Bank of New York, as Trustee,    c/o Bank of America,
                 PO Box 660933,    Dallas, TX 75266-0933
513256079      +TruMark Financial Credit Union,    1000 Northbrook Drive,    Feasterville Trevose, PA 19053-8430
513256080      +Trumark Financial Cu,    1000 Northbrook Dr,   Trevose, PA 19053-8430
513256081       Verizon New Jersey,    PO Box 163250,   Columbus, OH 43216-3250
513256086       WFNNB Bankruptcy Dept,    PO BOX 182125,   Columbus, OH 43218-2125
513256082      +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
513397827      +Wells Fargo Bank NA,    1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001
513256083      +Wells Fargo Bank Nv Na,    Po Box 31557,   Billings, MT 59107-1557
513256084       Wells Fargo Bank, N.A.,    PO BOX 660930,   Dallas, TX 75266-0930
513305260       Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
513269234      +Wells Fargo Card Services,    1 Home Campus,   3rd Floor,    Des Moines, IA 50328-0001
513256085      +Wfds/Wds,    Po Box 1697,   Winterville, NC 28590-1697
513256087      +Wfnnb/Annie Sez,    995 W 122nd Ave,   Westminster, CO 80234-3417
513256088      +Wfnnb/Fashion Bug,    Po Box 182272,   Columbus, OH 43218-2272
513256089      +Wfnnb/Ny&C,    220 W Schrock Rd,   Westerville, OH 43081-2873
513256090      +Willingboro Municipal Utilities Authorit,    433 John F. Kennedy Way,
                 Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513298272      +E-mail/Text: bnc@bass-associates.com Dec 21 2016 23:04:40     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
513256064       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:13     GECRB/JCP,    PO BOX 960090,
                 Orlando, FL 32896-0090
513256067       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:48     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Dec 21, 2016
                              Form ID: pdf901          Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513384266       E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2016 23:05:20      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
513256065       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:30      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
513256066      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:13      Gecrb/Old Navy,    Po Box 981400,
                 El Paso, TX 79998-1400
513384267      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 21 2016 23:05:20      Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
513426482       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2016 23:06:06      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
513731914       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 23:07:22      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513256074       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:48      Old Navy/Gecrb,    po box 530942,
                 Atlanta, GA 30353-0942
513532972       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:43
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
514762371       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:57
                 Portfolio Recovery Associates, LLC,    c/o Bank Of America,    POB 41067,    Norfolk VA 23541
513532947       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:43
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    PO Box 41067,    Norfolk VA 23541
513531997       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:50
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    PO Box 41067,    Norfolk VA 23541
513256075      +E-mail/Text: bankruptcy@pseg.com Dec 21 2016 23:04:39      PSE&G,    Bankruptcy Dept.,
                 PO BOX 490,    Cranford, NJ 07016-0490
513651116      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:57
                 Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
513289510       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2016 23:05:28
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
513403710      +E-mail/Text: bncmail@w-legal.com Dec 21 2016 23:05:56      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514745601      +E-mail/Text: bnc@bass-associates.com Dec 21 2016 23:04:40      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
514745602      +E-mail/Text: bnc@bass-associates.com Dec 21 2016 23:04:40      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ  85712,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C. 85712-1083
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513491297*     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
514763384*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                 POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               asTrustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
               2006-26 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Dec 21, 2016
                              Form ID: pdf901            Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj_ecf_notices@buckleymadole.com
        Georgette  Miller    on behalf of Debtor James L Isreal info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
        Georgette  Miller    on behalf of Joint Debtor Cassandra M Isreal info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, asTrustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-26 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com

        TOTAL: 8